**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7483**

JOSEPH THOMAS REVELS,

Plaintiff – Appellant,

v.

POCOMOKE CITY, MARYLAND POLICE DEPARTMENT; MICHAEL STEEBIG;
BERL BREHNER; MARION BREHNER; KATHLEEN MCLAIN; JOEL TODD;
CLERK, WORCESTER COUNTY CIRCUIT COURT; CHRISTINE POWELL;
DAVE KIMBLAT,

Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:09-cv-00521-RDB)

Submitted:  September 23, 2009      Decided:  October 5, 2009

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Joseph Thomas Revels, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Thomas Revels seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties in a civil case are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is mandatory and jurisdictional. Bowles v. Russell, 551 U.S. 205 (2007).

The district court's order was entered on the docket on July 6, 2009. The notice of appeal was filed on August 11, 2009. Because Revels failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED